UNITED STATES FIDELITY & GUARANTY COMPANY, Respondent, *v.* TRIBOROUGH BRIDGE AUTHORITY et al., Respondents, and UNITED STATES OF AMERICA, Intervener, Appellant.

Submitted April 7, 1947; decided April 17, 1947.

*William B. Shelton* and *John J. O'Connor* for motion.
*John F. X. McGohey, United States Attorney for Southern District of New York* (*John B. Creegan* of counsel), opposed.

Motion denied, with $10 costs.